IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JESSICA BERGER, Plaintiff | ) | CIVIL ACTION NO.: 2:15-CV-4102-JCZ-KWR |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | JUDGE JAY C. ZAINEY |
| ROLLINS, INC. AND ORKIN, INC., Successor in Interest to ORKIN EXTERMINATING COMPANY, INC., d/b/a ORKIN PEST CONTROL, Defendants. | ) | MAG. JUDGE KAREN W. ROBY |
| | ) | |
| | ) | DEMAND FOR JURY TRIAL |
| | ) | |

## DEFENDANTS' WITNESS AND EXHIBIT LIST

NOW INTO COURT, through undersigned counsel, come Defendants Rollins, Inc. and Orkin, Inc., who, in accordance with this Court's March 17, 2016 Scheduling Order (Doc. No. 19), submit the following list of witnesses and exhibits that it may call or introduce at trial:

### MAY CALL WITNESS LIST

Defendants may call the following witnesses at trial:

1. H. Russell Fielder
   c/o The Kullman Firm
   4605 Bluebonnet Blvd., Suite A
   Baton Rouge, LA 70809
   Telephone: 225-906-4250

2. Lisa Mosely
   c/o The Kullman Firm
   4605 Bluebonnet Blvd., Suite A
   Baton Rouge, LA 70809
   Telephone: 225-906-4250

3. James Earl Thomas
   c/o The Kullman Firm
   4605 Bluebonnet Blvd., Suite A
   Baton Rouge, LA 70809
   Telephone: 225-906-4250

4. Paul Strickland
c/o The Kullman Firm
4605 Bluebonnet Blvd., Suite A
Baton Rouge, LA 70809
Telephone: 225-906-4250

5. Anette Bourge
c/o The Kullman Firm
4605 Bluebonnet Blvd., Suite A
Baton Rouge, LA 70809
Telephone: 225-906-4250

6. Lisa Robichaux
c/o The Kullman Firm
4605 Bluebonnet Blvd., Suite A
Baton Rouge, LA 70809
Telephone: 225-906-4250

7. Karen Bradford
c/o The Kullman Firm
4605 Bluebonnet Blvd., Suite A
Baton Rouge, LA 70809
Telephone: 225-906-4250

8. Gina Martin
c/o The Kullman Firm
4605 Bluebonnet Blvd., Suite A
Baton Rouge, LA 70809
Telephone: 225-906-4250

9. Leslie Breaux
c/o The Kullman Firm
4605 Bluebonnet Blvd., Suite A
Baton Rouge, LA 70809
Telephone: 225-906-4250

10. Sherry Pellegrin
c/o The Kullman Firm
4605 Bluebonnet Blvd., Suite A
Baton Rouge, LA 70809
Telephone: 225-906-4250

11.     Jody Parfait
    c/o The Kullman Firm
    4605 Bluebonnet Blvd., Suite A
    Baton Rouge, LA 70809
    Telephone: 225-906-4250

12.     Matthew Ambros

13.     Larry Black

14.     Andy Boudreaux

15.     Mark Callahan

16.     Jennifer Gaubert

17.     Wayne Zimmerman

18.     Any person necessary for authentication.

19.     Any person identified as a potential witness by any other party.

20.     Any person identified during the remainder of the discovery period.

21.     Any person necessary for purposes of impeachment or rebuttal.

22.     Any person identified in any party's Initial Disclosures.

Defendants reserve the right to amend this list as discovery is ongoing.

**DEFENDANTS' EXHIBIT LIST**

Defendants may introduce the following exhibits at trial:

1. Audio and video recordings made by Plaintiff at the workplace;

2. Plaintiff's medical records;

3. Plaintiff's personnel file;

4. Plaintiff's compensation, attendance, and time worked records;

5. Plaintiff's annual and other evaluations;

6. Plaintiff's tax and earnings records;

7. Text messages to and from Plaintiff;

8. Emails to and from Plaintiff;

9. Defendants' policies and employee handbooks;

10. Statements from witnesses gathered in connection with investigation of workplace issues involving Plaintiff;

11. Non-privileged documents pertaining to Defendants' investigation into the allegations raised in Plaintiff's EEOC Charge

12. Plaintiff's discovery responses to Defendant's discovery requests;

13. Defendants' discovery responses to Plaintiff's discovery requests;

14. Emails, memorandums, and other documents regarding Plaintiff;

15. All documents produced by either party in this matter;

16. Plaintiff's Complaint and any other pleadings filed in this case;

17. Any document offered as an exhibit during any deposition;

18. Any exhibit listed by Plaintiff, not otherwise objected to by Defendant;

19. Any document identified during the remainder of the discovery period;

20.     Any document necessary for impeachment; and

21.     Any document identified in any party's Initial Disclosures.

Defendants reserve the right to amend this list as discovery is ongoing.

Respectfully submitted this 25th day of November, 2016.

                **COUNSEL FOR DEFENDANTS**

*/s/     Melissa M. Samuel*
MELISSA M. SAMUEL (LA Bar: 28967)
THE KULLMAN FIRM
*A Professional Law Corporation*
4605 Bluebonnet Blvd, Suite A
Baton Rouge, LA 70809
T:  225-906-4250 | F:  225-906-4230
MMS@KullmanLaw.com

SAMUEL ZURIK III (LA Bar: 24716)
CAROLINE A. SPANGLER (LA Bar: 33383)
THE KULLMAN FIRM
*A Professional Law Corporation*
1100 Poydras Street, Suite 1600
New Orleans, Louisiana 70163
T: 504-524-4162 | F: 504-596-4114
SZ@KullmanLaw.com
CAS@KullmanLaw.com

STEPHEN L. SCOTT (LA Bar: 25869)
THE KULLMAN FIRM
*A Professional Law Corporation*
600 University Park Place
Birmingham, Alabama 35209
T:  205-871-5858 | F: 205-871-5874
SLS@KullmanLaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have, on this 25th day of November, 2016, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

G. Karl Bernard, Esq.
G. KARL BERNARD & ASSOCIATES, LLC
1615 Poydras Street, Suite 220
New Orleans, Louisiana 70112
T: 504-412-9953 | F: 504-412-8088
karlbernardlaw@bellsouth.net

                                            */s/  Melissa M. Samuel*
                                            Melissa M. Samuel