IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JESSICA BERGER | : | CIVIL ACTION NO. 2:15-cv-04102-JCZ-KWR |
| | : | |
| VERSUS | : | |
| | : | JUDGE JAY C. ZAINEY |
| ROLLINS, INC., AND ORKIN, INC., | : | |
| successor in interest to ORKIN | : | MAGISTRATE JUDGE |
| EXTERMINATING COMPANY, INC., | : | KAREN W. ROBY |
| D/B/A ORKIN PEST CONTROL | : | |
| | : | DEMAND FOR JURY TRIAL |

## PLAINTIFF'S WITNESS LIST

Pursuant to Federal Rule of Civil Procedure 26 and this Honorable Court's Scheduling Order, and subject to supplementation, Plaintiff Jessica Berger (hereinafter "Plaintiff" or "Berger"), submits the following Witness List to this Honorable Court and to Defendants, Rollins, Inc., and Orkin, LLC. (hereinafter "Defendants"):

**Individuals Who May Be Called as Witnesses At Trial**

1. Jessica Berger, Plaintiff;

2. Harold Russell Fielder, Defendants' employee, employed at all times relevant with respect to the events giving rise to the allegations in Plaintiff's Complaint;

3. Lisa Mosely, Defendants' employee, employed at all times relevant with respect to the events giving rise to the allegations in Plaintiff's Complaint;

4. Paul Strictland, Defendants' employee, employed at all times relevant with respect to the events giving rise to the allegations in Plaintiff's Complaint;

5. Larry Black, Defendants' former employee, employed at all times relevant with respect to the events giving rise to the allegations in Plaintiff's Complaint;

6. James Earl Thomas, Defendants' employee, employed at all times relevant with respect to the events giving rise to the allegations in Plaintiff's Complaint;

7. Larry Nagy, Defendants' employee, employed at all times relevant with respect to the events giving rise to the allegations in Plaintiff's Complaint;

8. Josh Berger, Plaintiff's husband;

9. Any past or present employee/agent of Defendants who may provide testimony regarding the facts alleged in Plaintiff's Complaint;

10. Any witnesses identified or listed by Defendants in their initial disclosures, in discovery exchanges, in pre-trial pleadings, in the Pre-Trial Order, and/or called by Defendants at trial;

11. Any witnesses listed or identified by Defendants in response to any type of discovery request, including depositions and third-party subpoenas;

12. Any witnesses identified in statements produced in discovery and/or pursuant to subpoenas and/or authorizations executed by Plaintiff; and

13. Any witnesses necessary to identify and/or authenticate documents, data, records, etc. relevant to the claims involved in this case.

Plaintiff reserves the right to supplement this list of witnesses in accordance with the Federal Rules of Civil Procedure and this Court's Local Rules.

Respectfully submitted,

/s/ G. Karl Bernard
G. Karl Bernard (#24294)
G. KARL BERNARD & ASSOCIATES, LLC
1615 Poydras Street, Suite 220
New Orleans, Louisiana  70112
Telephone:	(504) 412-9953
Facsimile:	(504) 412-8088
E-mail:	karl.bernard@karlbernardlaw.com

Attorney for Plaintiff, Jessica Berger

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record via facsimile, e-mail, and/or by placing an exact copy of same in the United States mail, properly addressed and first class postage prepaid, this 28th day of November, 2016.

s/ G. Karl Bernard
G. Karl Bernard