UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JESSICA BERGER                                              CIVIL ACTION

VERSUS                                                      NO: 15-4102

ROLLINS, INC., et al                                       SECTION: A

## **JUDGMENT**

For the written reasons of the Court entered herein on April 13, 2017,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of

defendants Rollins, Inc. and Orkin, LLC, and against plaintiff, dismissing the complaint with

prejudice.

New Orleans, Louisiana, this 13th day of April 2017.

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE