# *SOUTHERN COURT REPORTERS, INC.*

*Raynel E. Schule, CCR*
*5819 Gen. Diaz Street*
*New Orleans, LA 70124*
*(504) 488-1112*

**INVOICE**

Tax ID – 74-2840296

---

June 3, 2016

THE KULLMAN FIRM
A PROFESSIONAL LAW CORPORATION
4605 BLUEBONNET BOULEVARD, SUITE A
BATON ROUGE, LOUISIANA 70809

INVOICE: 1606946

ATTN: MELISSA M SAMUEL, ESQ.

---

IN RE: USDC, EASTERN DISTRICT OF LOUISIANA, JESSICA BERGER VS ROLLINS, INC., ET AL, CA NO. 2:12-cv-4102

Furnishing original and one copy of the deposition of JESSICA BENOIT BERGER, takin on the 2nd day of May 2016.

$736.65

TRANSCRIPT TO BE READ AND SIGNED
**PLEASE MAKE PAYMENT TO:**
RAYNEL E. SCHULE, CCRDEPO
SOUTHERN COURT REPORTERS, INC.
5819 GEN. DIAZ STREET
NEW ORLEANS, LA 70124
ANY QUESTIONS ABOUT THIS INVOICE?
PLEASE CALL (504) 488-1112



EXHIBIT B

| VENDOR: Raynel E. Schule, CCR/Southern Court Reporters, Inc | | | 006012 | 07/26/2016 CHECK NO: 21893 | |
|---|---|---|---|---|---|
| OUR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN |
| 119990 | 1606946 | 06/03/16 | 736.65 | 736.65 | |
| Deposition of Jessica Berger | | | | | |

CHECK AMOUNT $736.65



# INVOICE

Associated Reporters, Inc.
Bank One Center
201 St. Charles Avenue, Suite 4315
New Orleans, LA 70170
Phone:504-529-3355  Fax:504-522-3113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 91653 | 12/5/2016 | 45688 |
| Job Date | Case No. | |
| 11/18/2016 | 2:15-CV-04102-JCZ-KWR | |
| Case Name | | |
| Jessica Berger vs Rollins, Inc, & Orkin, Inc, et al | | |
| Payment Terms | | |
| Due upon receipt | | |

Melissa M. Samuel
Kullman Firm
1100 Poydras Suite 1600
New Orleans, LA 70163

1 CERTIFIED COPY OF TRANSCRIPT OF:
Russ Fielder                                                                 530.20
1 CERTIFIED COPY OF TRANSCRIPT OF:
Lisa Mosely                                                                  119.70

TOTAL DUE >>>                   $649.90
AFTER 1/19/2017 PAY             $714.89
(-) Payments/Credits:              0.00
(+) Finance Charges/Debits:        0.00
(=) New Balance:                $649.90

**Tax ID:** 72-0819307

*Please detach bottom portion and return with payment.*

Melissa M. Samuel
Kullman Firm
1100 Poydras Suite 1600
New Orleans, LA 70163

Invoice No.   : 91653
Invoice Date  : 12/5/2016
**Total Due**   : $ 649.90

Remit To: **Associated Reporters, Inc.**
**Bank One Center**
**201 St. Charles Avenue, Suite 4315**
**New Orleans, LA 70170**

Job No.    : 45688
BU ID      : 1-NO
Case No.   : 2:15-CV-04102-JCZ-KWR
Case Name  : Jessica Berger vs Rollins, Inc, & Orkin, Inc, et al

| VENDOR: Associated Reporters, Inc. | | | 000087 | 12/14/2016 CHECK NO: 23217 | |
|---|---|---|---|---|---|
| OUR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN |
| 121900 | 91653 | 12/05/16 | 649.90 | 649.90 | |
| Job # 45688 | Case No. 2:15-CV-04102-JCZ-KWR | | | | |

23217

CHECK AMOUNT $649.90

THE KULLMAN FIRM
A PROFESSIONAL LAW CORPORATION
P.O. BOX 60118
NEW ORLEANS, LOUISIANA 70160

FIRST BANK AND TRUST
14-228/650

| CHECK NO. | CHECK DATE | VENDOR NO. |
|---|---|---|
| 23217 | 12/14/2016 | 000087 |

CHECK AMOUNT

Six hundred forty-nine and ninety/100************************** $649.90

TO THE ORDER OF
Associated Reporters, Inc.
Bank One Center
201 St. Charles Avenue, Suite 4315
New Orleans, LA 70170

AUTHORIZED SIGNATURE
Karen Keepfer
Howard S. Linzy
AUTHORIZED SIGNATURE

⑆023217⑆ ⑆065002289⑆ 360079834⑆

## DAVIS COURT REPORTING, LLC

P.O. Box 44
Madison, MS 39130
601-856-8889
Tax ID: 20-2619762

# Invoice

| Invoice # | 11732 |
|---|---|
| Invoice Date | 12/13/2016 |

| Bill To |
|---|
| Melissa Samuel, Esq. |
| The Kullman Firm.. |
| 4605 Bluebonnet Blvd, Ste A |
| Baton Rouge, LA  70809 |

| St le of Case |
|---|
| Berger |
| vs. |
| Rollins, Inc., et al. |

| | | Court Reporter | DN |
|---|---|---|---|
| Item | Description | | Amount |
| Copy Transcript | Paul Strickland<br>12-06-2016 | | 313.50 |
| | | Total | $313.50 |

Please go to www.daviscourtreporting.com if paying by credit card.

| E-Mail | Web Si e |
|---|---|
| marytodd@daviscourtreporting.com | www.daviscourtreporting.com |

23839

| VENDOR: Davis Court Reporting, LLC | | | 001054 | 02/21/2017 | CHECK NO: 23839 |
|---|---|---|---|---|---|
| OUR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN |
| 122902 | 11732 | 12/13/17 | 313.50 | 313.50 | |
| Deposition of Paul Strickland | | | | | |

CHECK AMOUNT $313.50

---

23839

THE KULLMAN FIRM
A PROFESSIONAL LAW CORPORATION
P.O. BOX 60118
NEW ORLEANS, LOUISIANA 70160

FIRST BANK AND TRUST
14-228/650

| CHECK NO. | CHECK DATE | VENDOR NO. |
|---|---|---|
| 23839 | 2/21/2017 | 001054 |

CHECK AMOUNT

PAY Three hundred thirteen and fifty/100************************************ $313.50

TO THE ORDER OF
Davis Court Reporting, LLC
P.O. Box 44
Madison, MS 39130

AUTHORIZED SIGNATURE
Karen Toepfer
S-Mark Kly
AUTHORIZED SIGNATURE

⑃023839⑃ ⑆065002289⑆ 360079834⑃