```
******AUTO**MIXED AADC 300
1593 1 MB 0.419                          001593
THE KULLMAN FIRM
PO BOX 60118
NEW ORLEANS, LA 70160-0118

                                         2pgs
```



### HealthPort
A division of CIOX Health

**SEND CORRESPONDENCE ONLY TO:**
P.O. Box 1812
Alpharetta GA 30023-1812

ACCT:  1469133          CT: ATTY

THE KULLMAN FIRM
PO BOX 60118
NEW ORLEANS, LA 70160-0118

| Notice Date | Customer No. | Page |
|---|---|---|
| 06/29/16 | 1469133 | 1 of 2 |

**REMIT TO:**

HealthPort
PO BOX 409740
ATLANTA GA 30384
Federal Tax ID: 58-2659941

## DELINQUENT NOTICE

| AGED BALANCES | | | | Total Due USD | 47.98 |
|---|---|---|---|---|---|
| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | | |
| 0.00 | 47.98 | 0.00 | 0.00 | | |

Despite our repeated attempts to collect your seriously past-due debt, you have not resolved your delinquency. This is your final opportunity to resolve this matter on a voluntary basis. If we do not receive payment for past due invoices within 15 days, we may forward your account to a collection agency or take legal action.

CONTINUED ON NEXT PAGE

CONTINUED ON NEXT PAGE

EXHIBIT C




**HealthPort**
A division of CIOX Health

**SEND CORRESPONDENCE ONLY TO:**
**P.O. Box 1812**
**Alpharetta GA 30023-1812**

(Continued)

| Date | 06/29/16 |
|---|---|
| Customer No. | 1469133 |

** after invoice indicates a prebill invoice. Records are being held until payment is received.

| INV NBR | DESC/PATIENT NAME AND ID, FACILITY | INV DATE | INV AMT | BAL DUE | PAID | AMT (if different) |
|---|---|---|---|---|---|---|
| 0191401209 | BERGER JESSICA<br>THIBODAUX WOMENS CENTER<br>DOB 041478  :SSN *****2573 | 04/26/16 | 47.98 | 47.98 | ☐ | |

**PLEASE RETURN ALL PAGES WITH YOUR PAYMENT.**

**TOTAL AMOUNT** 47.98
**TOTAL REMITTANCE USD**

**Fast. Secure. Free.**

HealthPortPay is a free, online payment processing service that provides you a fast and convenient way to pay your HealthPort invoice. You can now pay your HealthPort invoice by visiting www.HealthPortPay.com which provides options to pay by ECheck or your major credit card.

For questions, please contact us at 800-303-8049 or collections@healthport.com

| VENDOR: Healthport | | | 002337 | 07/12/2016 | CHECK NO: 21734 | 21734 |
|---|---|---|---|---|---|---|
| OUR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN | |
| 119778 Customer # 1469133 | 0191401209 | 06/29/16 | 47.98 | 47.98 | | |

CHECK AMOUNT $47.98

---

**THE KULLMAN FIRM**
*A PROFESSIONAL LAW CORPORATION*
P.O. BOX 60118
NEW ORLEANS, LOUISIANA 70160

**FIRST BANK AND TRUST**
14-228/650

21734

| CHECK NO. | CHECK DATE | VENDOR NO. |
|---|---|---|
| 21734 | 7/12/2016 | 002337 |

CHECK AMOUNT $47.98

PAY Forty-seven and ninety-eight/100************************************

TO THE ORDER OF
Healthport
P.O. Box 409740
Atlanta, GA 30384

AUTHORIZED SIGNATURE
*Charles A. Hollis*
AUTHORIZED SIGNATURE

⑆021734⑆ ⑈065002289⑈ 360079834⑈

VOID VOID VOID



## Haydel FAMILY PRACTICE

A Professional Medical Corporation

*Richard M. Haydel, M.D. – Scott A. Haydel, M.D.*
*Lisa B. Black, M.D. – J. Matthew Watkins, M.D.*

### PRE-PAYMENT FOR MEDICAL RECORDS

DATE: 4/25/16

PAT PARK
THE KULLMAN FIRM
A PROF LAW CORP
P O BOX 60118
NEW ORLEANS LA 70160          FAX: 504-596-4114

| Patient's Name | JESSICA BERGER |
|---|---|
| Date of Birth | 04/14/1978 |
| Social Security Number | |
| Your File/Claim Number | |

| Number of Pages | 39 |
|---|---|
| Postage | 2.30 |
| Certified Mail | |
| Handling Fee | 25.00 |
| | $59.30 |

We require a pre-payment for the cost of copying Medical Records. **WE DO NOT ACCEPT CREDIT CARD PAYMENTS.** Please return this form with your payment. Records will be faxed as soon as payment is received.

| TAX ID # | MAKE CHECK PAYABLE TO |
|---|---|
| 72-0716301 | HAYDEL FAMILY PRACTICE |

Mary Chilek
Medical Records

*502 BARROW STREET . HOUMA, LA 70360 . (985)876-2150*

| VENDOR: Haydel Family Practice | | | D00082 | 04/25/2016 CHECK NO: 21064 | |
|---|---|---|---|---|---|
| OUR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN |
| 118806 Medical records | 04252016 | 04/25/16 | 59.30 | 59.30 | |

21064

CHECK AMOUNT $59.30

**THE KULLMAN FIRM**
*A PROFESSIONAL LAW CORPORATION*
P.O. BOX 60118
NEW ORLEANS, LOUISIANA 70160

**FIRST BANK AND TRUST**
14-228/650

| CHECK NO. | CHECK DATE | VENDOR NO. |
|---|---|---|
| 21064 | 4/25/2016 | D00082 |

CHECK AMOUNT $59.30

PAY Fifty-nine and thirty/100***********************************

TO THE ORDER OF
Haydel Family Practice
5020 Barrow Street
Houma, LA 70360

AUTHORIZED SIGNATURE
*Karen Toepfer*
AUTHORIZED SIGNATURE

⑆021064⑆ ⑈065002289⑈ 360079834⑈

VOID